**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

October 14, 2015

Hon. Philip Babin
Asst. Criminal District Attorney
1001 Pearl Street
Beaumont, TX 77701
* DELIVERED VIA E-MAIL *

Hon. Kathleen Marie Kennedy
Jefferson County District Attorney's Office
1085 Pearl Street
Beaumont, TX 77701
* DELIVERED VIA E-MAIL *

Hon. Lance P. Bradley
McPherson, Hughes, Bradley, Wimberley
3120 Central Mall Drive
Port Arthur, TX 77642
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-14-00188-CV
Tr.Ct.No. B-191,390
Style:   Jefferson County Constables Association v. Jefferson County, Texas

Appellee's motion for leave to file brief in the above cause was this day GRANTED by this Court. The brief has been ordered filed as of October 09, 2015, the date of receipt.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch